UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Bhanwar Joshi</u>

      v.                Civil No. 12-cv-285-JD

<u>Micronetics, Inc., et al.</u>


O R D E R

On October 30, 2012, an Order was issued stating that the case would be dismissed without prejudice on November 23, 2012, if a return of service or motion to extend time to effect service was not received by that date.

As no further document has been filed, it is herewith ordered that this case is dismissed without prejudice.

SO ORDERED.


November 27, 2012                */s/ Joseph A. DiClerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge


cc:     Biron L. Bedard, Esq.