UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
-----------------------------------------------------------------
BHANWAR JOSHI, on behalf of himself        )
and All other similarly situated           )
                                           )
            v.                             )    Case No. 12-CV-285-JD
                                           )
MICRONETICS, INC.; DAVID ROBBINGS;         )
DAVID SIEGEL; D'ANNE HURD; GERALD          )
Y. HATTORI; MERCURY COMPUTER              )
SYSTEMS, INC.; AND WILDCAT MERGER          )
SUB, INC.                                  )
-----------------------------------------------------------------
```

### JOINT MOTION FOR RULE 41 DISMISSAL WITH PREJUDICE

The parties, through their counsel, jointly request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that this entire action (including claims and counterclaims) be dismissed with prejudice, each party to bear its own costs and attorney's fees. The parties report that they have resolved their dispute pursuant to Exhibit A attached.

          Respectfully submitted,

          **Bhanwar Joshi, individually and**
          **On behalf of others similarly situated,**

          THROUGH COUNSEL,

          **RANSMEIER & SPELLMAN, P.C.**

Dated: August 5, 2013      By:     */s/ Biron L. Bedard*
                                          Biron L. Bedard, Esquire (#8758)
                                          One Capital Street/Box 600
                                          Concord, NH 03302-0600
                                          (603) 228-0477
                                          bbedard@ranspell.com

and

BRODSKY & SMITH, LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
610.667.6200
610.667.9029 (fax)


**Defendants Micronetics, Inc., David Robbins, David Siegel, D'Anne Hurd and Gerald Y. Hattori**

THROUGH COUNSEL,

**NIXON PEABODY LLP**

Date: August 5, 2013     By:     */s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald, Esquire
900 Elm Street
Manchester, NH  03101
Tel: 603-628-4016
kfitzgerald@nixonpeabody.com

and

**LATHAM & WATKINS LLP**

James E. Brandt
Blair G. Connelly
Sarah M. Lightdale
885 Third Avenue
New York, New York 10022
(212) 906-1200

2

                                                **Defendants Mercury Computer Systems, Inc., and Wildcat Merger Sub, Inc.**

By their Attorneys,

**MORRIS, NICHOLS, ARSHT & TUNNELL, LLP**

Date: August 5, 2013      By:      */s/ S. Mark Hurd*

S. Mark Hurd (#3297)
John P. DiTomo (#4850)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200

**OF COUNSEL:**

**BINGHAM MCCUTCHEN LLP**
Stephen D. Alexander
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 680-6400